IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore City

POLK AUDIO, INC.,

    Plaintiff,

v.                              Civil Action No. WMN00-CV-1281

ONE SOLUTION CORPORATION
t/a JOE MOMMA COMPUTER,

    Defendant.

## ORDER

UPON CONSIDERATION of the Defendant's request for an enlargement of time to and including July 21, 2000 within which to Answer or otherwise respond to the Complaint of Polk Audio, Inc. and it appearing that the Plaintiff consents and good cause having been shown, it is this 10th day of July 2000 hereby,

ORDERED, that the Motion is **granted**.

_____
JUDGE

Copies to:

Leonard A. Sacks, Esq.  
Leonard A. Sacks & Associates, P.C.  
One Church Street, Suite 201  
Rockville, Maryland 20850

Jay I. Morstein, Esquire  
Piper, Marbury, Rudnick & Wolfe LLP  
6225 Smith Avenue  
Baltimore, Maryland 21209-3600